IN THE UNITED STATES DISTRICT COURT
FOR THE FIFTH CIRCUIT OF TEXAS
FORT WORTH DIVISION



CARLESE HALL, (pro se)
Movant

v.

Warden, Smith, official capacity
APRN, Smith, official capacity
HSA, Chano, official capacity
PA Cates, official capacity

Case Number: To Be Announced

**4-23CV-1097P**

Request for Injunctive Relief To Prevent Permanent or Fatal Injury

COMES NOW, to this Honorable Court, appearing pro se, federal prisoner named above, currently confined at the Federal Medical Center, Carswell, in Fort Worth, Texas, Carlese Hall, Register Number: 43850-007, requests injunctive relief to prevent permanent or fatal injury.

The inmate has experience uncontrollable internal hemorrhaging for a total of 57 consecutive days. She has described her circumstances and medical conditions below.

1.  On August 28, 2023, the Movant had attended sick-call (medical triage) as a result of menorrhagia.(*)
She was seen by APRN Smith, who had indicated that the inmate has an enlarged uterus and fibroids. The inmate informed APRN Smith that during child birth her cervix had never dilated. Nevertheless, APRN Smith had attempted to conduct a uterine biopsy via cervical infiltration. The procedure was conducted without any pain relief. It was extremely painful.
APRN Smith had continued to probe the inmate's cervix, however, the cervix was resistant. APRN Smith could not complete the biopsy procedure. The inmate was prescribed an injection for birth control. This injection was intended to cease all menstrual hemorrhaging. She was returned to her housing unit, and told to obtain OTC pain medication from commissary.
2.  The inmate continued to hemorrhage uncontrollably.
3.  The inmate was seen by the gynecologist on September 15, 2023, through a scheduled appointment (call-out). He had performed an evaluation on the inmate's cervix, and indicated that she will be scheduled for an outside medical procedure. During this procedure she will have the uterine biopsy performed under anesthesia, and at that time the uterine fibroids will be removed. She continued to hemorrhage uncontrollably. Nevertheless, she was returned to her housing unit.
4.  On September 25, 2023, the inmate returned to sick-call, because the hemorrhaging had not ceased. She was seen by APRN Smith, after evaluation, Smith provided the inmate with a medical convalescence for one week, and informed her that instead of the birth control injection being administered every three months as suggested she will receive the injection every 8 weeks, if approved. APRN Smith had also indicated that she will order the inmates iron and blood cell count through labs. The inmate was returned to her housing unit.
5.  On Monday, October 2, 2023, the inmate had attended main-line during the mid-day meal. She spoke with the medical representative, and indicated that she had not receive lab work. The representative had informed the Movant that he would pass along her complaint to APRN Smith.
6.  On October 6, 2023, the inmate had returned to sick-call. She was seen by PA Cates. He had indicated that there is nothing that he can do. He stated, "You should have came here on Monday". She informed him that lab work was suppose to be ordered for her blood count. He had entered or renewed the request for blood cell labs, then provided a work exemption for one week. The inmate was returned to her housing unit.
7.  On October 12, 2023, labs were conducted. The inmate attended sick-call, and she was informed by APRN Smith that the blood count was low.... The inmate was informed by APRN Smith that an appointment will be scheduled with Janet Shackelford, and that the inmate is to return to sick call the following day.

8.    On October 13, 2023, the hemorrhaging had not stopped. APRN Smith had provided the inmate with a sedentary work restriction, with a one day medical idle (work exemption). The inmate was sent back to her housing unit.----

9.    It is assumed that the failure of the Birth Control injection to stop the flow of menstrual blood would indicate that the reasons for this level of excessive bleeding is not a menstrual period. It is obvious that this internal hemorrhaging is caused by some cervical damage. Excessive blood loss can result in a fatal consequence. The inmate had requested appropriate treatment on several occasions. Unfortunately, the inmate can not call for outside medical treatment on her own behalf. Each inmate is bound by the medical determinations of staff. If the Carswell facility is incapable of providing any additional treatment for the uncontrollable bleeding of any kind then a prudent medical professional is required to seek outside medical assistance.
10.    At this point, the symptoms and consequences of the inmate's medical issues are either being ignored or not taken seriously enough. Expecting an inmate to continuously and uncontrollably hemorrhage without any explanation evidences a lack of appropriate medical judgment.
11.    Any layman would know that continuous and uncontrollable bleeding from any extremity of the body carries with it serious and potentially fatal consequence if left untreated. The inmate is in fear that if allowed to continuously bleed-out then she will eventually bleed to death. She has not received any replacement fluids, and although her blood count was indicated as 'low', she has not been reevaluated for any significant decrease in hemoglobin levels. To-date, with the signing of this request, she has experience continuous menstrual bleeding for a total of 57 consecutive days. She has the symptoms of dizziness, fatigue, tightness in chest, abdominal and lower back pain, stiffness in arms and legs. This inmate's health is in jeopardy, and she requests that the district court to compel the FMC Carswell health services and executive staff to seek more appropriate treatment, or outside professional assistance to alleviate this inmate's medical concerns.

Carlese Hall
Case Number:

## UNSWORN DECLARATION
## 28 USC 1746

I, Carlese Hall, do hereby declare under any applicable penalties of perjury that the foregoing is true and correct to the extent of my knowledge, understanding, and recollection, and a copy of this petition has been placed in the Federal Medical Center Carswell's internal mailing system on the date below, properly addressed, with adequate first-class postage, to the district court of caption.

Submitted on: October 20, 2023

*Carlese Hall* (signature)

Carlese Hall
Federal Register Number: 43850-007
Federal Medical Center Carswell
Post Office Box: 27137
Fort Worth, Texas; 67127

