UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CARLESE HALL,
(BOP No. 43850-007),
    Plaintiff,

v.                                                          Civil No. 4:23-CV-1097-P

WARDEN SMITH, et al.,
    Defendants.

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this **14th day** of **November, 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE